**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

STEVE LOPEZ,

                                    Plaintiff,                    23-CV-09339 (ALC)(SN)

                    -against-                                     **ORDER**

CITY OF NEW YORK, et al.,

                                    Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        By August 5, 2024, the parties shall file a joint letter proposing reasonable deadlines for

Plaintiff to effectuate service on the individually named Defendants and for Defendant City of

New York to respond to Plaintiff's complaint.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        July 22, 2024
              New York, New York