

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HANNAH V. FADDIS**
*Senior Counsel*
phone: (212) 356-2486
fax: (212) 356-1148
hfaddis@law.nyc.gov

August 5, 2024

**BY ECF**
Honorable Andrew L. Carter, Jr
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Steve Lopez v. City of New York, et al.</u>, 23 Civ. 9339 (ALC)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and one of the attorneys assigned to the defense of the above-referenced matter on behalf of defendant City of New York. In that capacity, I write in response to the Court's July 22, 2024 Order (ECF No. 20), directing the parties to file a joint letter proposing reasonable deadlines for plaintiff to effectuate service on the individually named defendants and for the City to respond to the Complaint.

      The parties have conferred and respectfully propose the following:

- Plaintiff shall effectuate service upon the individually named defendants within sixty (60) days of this letter; and

- The City shall respond to the Complaint within thirty (30) days of this letter.

      The parties intend to meet and confer regarding expediting the process for service of the individual defendants, to the extent possible, and are continuing discussions regarding a potential settlement of this matter.

2

The City thanks the Court for its consideration herein.

Respectfully submitted,

/s/ 
Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc:   VIA ECF
      *All Counsel of Record*