

MEMO ENDORSED

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BRIAN FRANCOLLA**
*Senior Counsel*
phone: (212) 356-3527
fax: (212) 356-3509
bfrancol@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 8, 2024

November 8, 2024

**BY ECF**
Honorable Andrew L. Carter, Jr
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    <u>Steve Lopez v. City of New York, et al.</u>, 23 Civ. 9339 (ALC)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and one of the attorneys assigned to the defense of the above-referenced matter on behalf of defendant City of New York. In that capacity, I write jointly with plaintiff's counsel, Brett Klein, esq., to respectfully request a further enlargement of the deadlines for defendant City to respond to the complaint as well as for plaintiff to effectuate service upon the individually named defendants. The parties request that the current deadlines of November 11, 2024 (for defendant City to answer) and December 11, 2024 (for plaintiff to effectuate service upon the individually named defendants) both be adjourned sixty days to January 13, 2025, and February 13, 2025, respectively.

Since the parties' last request on October 7, 2024, we have been engaged in further settlement discussions during which progress has been made towards hopefully reaching a resolution that would obviate any need to conduct discovery or further litigate this case. Our discussions remain ongoing, however, such that we ask for an additional sixty days that we hope should put ourselves in a position to resolve this matter without any further intervention from the Court. To that end, the parties are asking for sixty days, rather than thirty as we have previously, due to the trial schedule of defense counsel[1] and the likely unavailability of all involved for some portion of the next sixty days due to the upcoming holidays.

---

[1] Both myself and my co-counsel on the matter, Hannah Faddis, are scheduled to begin a trial on November 18, 2024, before the Honorable Rachel P. Kovner, United States District Judge for the Eastern District of New York – a trial scheduled to last until approximately November 27, 2024.

Thank you for your consideration herein.

        Respectfully submitted,

        /s/

        Brian Francolla
        Senior Counsel
        Special Federal Litigation Division

cc:    all counsel of record

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 8, 2024
New York, NY

2