UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE LOPEZ, | |
| Plaintiff, | 1:23-cv-09339 (ALC) |
| -against- | **ORDER OF DISCONTINUANCE** |
| CITY OF NEW YORK, et al., | |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:  February 13, 2025
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**